# Ehnes *v.* Kissinger, Appellant.

Argued January 6, 1950. Before MAXEY, C. J., DREW, LINN, STERN, STEARNE and JONES, JJ.

*Ralph B. Umsted,* with him *David L. Levan,* for appellant.

*Ellis Brodstein,* for appellee.

OPINION PER CURIAM, March 20, 1950:
The order of the learned court below is affirmed on the able opinion of Judge SHANAMAN.